RANDY S. GROSSMAN
United States Attorney
STEVE B. CHU
Assistant U.S. Attorney
California State Bar No.: 221177
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101-8893
Telephone: (619) 546-7167
Facsimile: (619) 546-7751
Email: steve.chu@usdoj.gov

Attorneys for Defendant
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Petitioner,<br><br>    v.<br><br>WILLIAM WAGNER<br><br>            Respondent. | Case No.: **'22CV1791 WQHAHG**<br><br>DECLARATION OF BRIAN KHAN IN SUPPORT OF PETITION TO ENFORSE THE UNITED STATES FEDERAL AVIATION ADMINISTRATION'S SUBPOENA TO WILLIAM WAGNER |

I, Brian Khan, declare as follows:

   I have personal knowledge of the facts set forth herein, unless specifically stated based on information and belief.

   1. I am an attorney with the Enforcement Division of the United States Federal Aviation Administration ("FAA"). I have held this position for approximately 10 years.

   2. My duties in this position are to initiate cases against airmen and entities for violating the federal aviation regulations. I investigate potential violations by issuing subpoenas, gather documents, and take depositions. I also take cases to trial in front of administrative law judges.

3. On this case, the FAA received a complaint that Lance Ricotta was providing air transportation to William Wagner without certification under 14 C.F.R. parts 119 and 135 of the federal aviation regulations.

4. I therefore prepared a subpoena for documents, and a deposition subpoena for William Wagner. Those subpoenas are submitted with this Petition as Exhibits A and B.

5. After my office served the document subpoena on William Wagner, Mr. Wagner refused to comply. Instead, I received a copy of a motion to quash the document subpoena filed by an attorney claiming to represent Lance Ricotta. That motion is submitted to the Petition as Exhibit C.

6. Similarly, after my office served the deposition subpoena on Mr. Wagner, he refused to have his deposition taken.

7. Following these efforts, I worked with the United States Attorney to send a letter to Mr. Wagner, seeking to resolve this matter without involving the District Court. A true and correct copy of that letter is submitted with this Petition as Exhibit D. I understand that no response to this letter was received from Mr. Wagner.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 3rd day of November, 2022.

BRIAN K KHAN
Digitally signed by BRIAN K KHAN
Date: 2022.11.03 08:42:10 -04'00'

Brian Khan