| | |
|---|---|
| 1 | Jacob A. Gillick, Esq., SBN 312336 |
| 2 | jgillick@phglawgroup.com<br>PHG Law Group |
| 3 | 501 West Broadway, Suite 1480<br>San Diego, CA 92101 |
| 4 | Telephone: (619) 826-8060<br>Facsimile: (619) 826-8065 |
| 5 | Attorneys for Objector Lance Z. Ricotta |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 22cv1791 WQH AHG |
| Plaintiff, | **NOTICE OF APPEARANCE FOR OBJECTOR LANCE RICOTTA** |
| v. | |
| WILLIAM WAGNER, | |
| Defendants. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Jacob A. Gillick makes this appearance as counsel for Objector Lance Ricotta in the above-entitled matter. Mr. Gillick's office address and telephone number are: PHG Law Group, 501 West Broadway, Suite 1480, San Diego, California 92101, (619) 826-8060.

Dated: December 19, 2022	**PHG LAW GROUP**

By:	s/ Jacob A. Gillick
Jacob A. Gillick, Esq.
Attorneys for Objector Lance Z. Ricotta