```
RANDY S. GROSSMAN
United States Attorney
STEVE B. CHU
Assistant U.S. Attorney
California State Bar No.: 221177
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101-8893
Telephone: (619) 546-7167
Facsimile: (619) 546-7751
Email: steve.chu@usdoj.gov

Attorneys for Defendant
United States of America
```

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Petitioner,<br><br>v.<br><br>WILLIAM WAGNER<br><br>Respondent. | Case No.: 22-CV-01791-WQH-AHG<br><br>JOINT MOTION TO RESCHEDULE DISCOVERY HEARING<br><br>Date:  January 11, 2022<br>Time:  9:30 a.m.<br>Court: Hon. Allison H. Goddard |

COMES NOW THE PARTIES, Petitioner, the United States of America (the "United States" or the "Government") through its counsel Randy S. Grossman, United States Attorney, and Steve B. Chu, Assistant U.S. Attorney, and Respondent William Wagner, through his counsel Edward A. Rose, hereby jointly move the Court to reschedule the discovery hearing currently set for January 11, 2023 at 9:30 a.m., PST, to 2:00 p.m. PST on the same day, January 11, 2023.

On December 23, 2022, the Court set a discovery hearing for this matter to take place on January 11, 2023, at 9:30 a.m. via videoconference. Early in December 2022, defense counsel was requested to volunteer with the San Diego Superior Court on the

morning of January 11, 2023, starting at 8:30 a.m. Defense counsel would like to honor that commitment, and therefore respectfully requests that the discovery hearing for this matter be rescheduled to 2:00 p.m. PST on the same day, the afternoon of January 11, 2023. Alternatively, January 13 or 18, 2023 could be other possible dates, if necessary. Counsel for Respondent, William Wagner, has represented that a hearing time at 2:00 p.m. PST on January 11, 2023 would be more convenient than the currently scheduled time of 9:30 a.m. PST on January 11, 2023.

Good cause exists for this order because only a minimal delay is requested, and the rescheduling should not unduly impact the case.

Based upon the foregoing, it is respectfully requested that the Court enter an order rescheduling the discovery hearing on this matter to 2:00 p.m. PST on January 11, 2023.

DATED:   December 29, 2022           Respectfully submitted,

                                     RANDY S. GROSSMAN
                                     United States Attorney

                                      s/ Steve B. Chu

                                     STEVE B. CHU
                                     Assistant United States Attorney
                                     Attorneys for the United States


DATED:   December 29, 2022           EDWARD A. ROSE, JR.,
                                     ATTORNEY AT LAW

                              By:        s/ Edward A. Rose Jr

                                     EDWARD A. ROSE, JR.
                                     Attorneys for Respondent William Wagner

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures of the United States District Court for the Southern District of California, I certify that the content of this document is acceptable to counsel for the Petitioners and Respondent and that I have obtained authorization for all of the foregoing signatories to affix their electronic signature to this document.

DATED:     December 29, 2022              Respectfully submitted,

RANDY S. GROSSMAN
United States Attorney

 s/ Steve B. Chu
STEVE B. CHU

Assistant United States Attorney
Attorneys for the United States